**DELMAR GLENN FLYNN v. STATE OF FLORIDA**

21 So. (2nd) 361                     January Term, 1945
March 16, 1945                              Division A

*C. N. Sells* and *R. J. Duff,* for appellant.

*J. Tom Watson,* Attorney General, and *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

This appeal is from a conviction of rape. The only question is the sufficiency of the evidence. We have studied the records and briefs and see no reason to overturn the jury's verdict which has been approved by the trial judge.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.